# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TAMMY L. DENMARK, )
)
    Claimant, )
)
v. ) Case No. CV412-178
)
MICHAEL J. ASTRUE, )
*Commissioner of Social Security*, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

On September 26, 2013, the Court ordered plaintiff to show cause within 14 days why her case should not be dismissed for her failure to brief her Social Security appeal. (Doc. 18.) She failed to do so and has apparently abandoned her case. Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458

(11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this _15TH_ day of October, 2013.

/s/ M. Smith<br>
UNITED STATES MAGISTRATE JUDGE<br>
SOUTHERN DISTRICT OF GEORGIA